Submitted on remand from the Oregon Supreme Court June 23, judicial review
dismissed as moot August 6, 2008

Virginia COREY;
Bergis Road, LLC;
and Bernita Johnston,
*Petitioners,*

*v.*

DEPARTMENT OF LAND CONSERVATION
AND DEVELOPMENT,
*Respondent.*

Agency No. M119478; A129905

190 P3d 493

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Denise G. Fjordbeck, Senior Assistant Attorney General, for motion.

Before Wollheim, Presiding Judge, and Schuman, Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

The Department of Land Conservation and Development (DLCD) issued an order waiving enforcement of certain land use regulations as to petitioners' property. *Former* ORS 197.352(1) (Ballot Measure 37 (2004)), *amended by* Or Laws 2007, ch 424, § 4 (Ballot Measure 49 (2007)), *renumbered as* ORS 195.305. Petitioners sought judicial review of DLCD's order in this court. Petitioners also sought judicial review of the order in the circuit court. DLCD filed a motion in this court for summary determination of which court had jurisdiction to review the order. We determined that this court had jurisdiction of the matter. *Corey v. DLCD*, 210 Or App 542, 152 P3d 933, *adh'd to on recons*, 212 Or App 536, 159 P3d 327 (2007). DLCD then petitioned for review of the jurisdictional issue. The Supreme Court allowed review. *Corey v. DLCD*, 343 Or 363 (2007).

On review, the Supreme Court determined that the passage of Ballot Measure 49 had rendered the controversy moot. The court dismissed the petition for review but denied DLCD's motion to vacate this court's decision regarding jurisdiction. *Corey v. DLCD*, 344 Or 457, 184 P3d 1109 (2008).

It remains for this court to dispose of the judicial review itself. In light of the Supreme Court's determination regarding mootness, we dismiss the judicial review as moot.

Judicial review dismissed as moot.